**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE:<br><br>DNC and TCPA LIST SANITIZER, LLC<br><br>Debtor | ) ) ) ) ) ) ) | Case No. 24-12624-KHT<br><br>Chapter 11 |
| MICHAEL O'HARE,<br><br>Plaintiff,<br><br>v.<br><br>ADAM YOUNG, an individual; And RINGBA, LLC, a Delaware limited liability company<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Proceeding No. 25-1124-KHT |

**MOTION OF DNC AND TCPA LIST SANITIZER, LLC AND MICHAEL O'HARE FOR A TEMPORARY RESTRAINING ORDER AND FOR DECLARATORY AND INJUNCTIVE RELIEF**

DNC and TCPA List Sanitizer, LLC, the Debtor-in-Possession, ("TCPA" or the "Debtor") and its principal, Michael O'Hare, hereby file their Motion for Temporary Restraining Order and for Declaratory and Injunctive Relief, and in support thereof filed contemporaneously herewith, their Complaint, Memorandum of Law, and Affidavit of Michael O'Hare, and respectfully state as follows.

## I. PRELIMINARY STATEMENT

The Debtor and Mr. O'Hare, in their Complaint, are seeking (a) a temporary restraining order, preliminary injunction, and permanent injunction enjoining Adam Young and Ringba, LLC ("Ringba") from continuing prosecution of an ancillary contempt proceeding, the Contempt Litigation (the "Contempt Litigation"), that is part of certain state court litigation filed prior to the Debtor's petition date, in which judgment entered against the Debtor, Case 2021-CV-031668 (the "State Court Litigation") and (ii) in the alternative, a declaration of the Court that the continued prosecution of the Contempt Litigation against Debtor's principal, Mr. O'Hare, is a violation of the automatic stay provisions of 11 U.S.C. § 362.

Pursuant to 11 U.S.C. §362, any action, including a charge of contempt against the Debtor is stayed with respect to the Debtor. Continuation of the Contempt Litigation against Mr. O'Hare would irreparably harm the Debtor, namely by reducing the estate assets that may be used to indemnify Mr. O'Hare as well as divert resources to ensure the Debtor is not collaterally estopped from a defense in a proceeding to which Debtor is not a party.

## II. RELIEF REQUESTED

The Debtor and Mr. O'Hare are requesting the issuance of a temporary restraining order:

a. Establishing a hearing where Ringba will be required to show cause why a preliminary injunction should not be entered preliminarily enjoining Ringba from continuing the prosecution of the Contempt Litigation against Mr. O'Hare; and

b. Temporarily restraining Ringba from the continued prosecution of the Contempt Litigation against Mr. O'Hare.

## III. CONCLUSION

WHEREFORE the Debtor and Mr. O'Hare respectfully request that the Court (i) enter an order, a proposed form is filed herewith, granting the relief requested herein; (ii) granting the relief requested in the Complaint; and (iii) granting such other and further relief as to the Court deems just.

April 11, 2025.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

/s/ Aaron Garber
Aaron A. Garber #36099
2580 West Main Street, Suite 200
Littleton, Colorado 80120
303-296-1999 / 303-296-7600 FAX
agarber@wwc-legal.com
*Attorney for Debtor DNC and TCPA Sanitizer, LLC*

ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

*s/ Benjamin J. Woodruff*
Benjamin J. Woodruff
Jason R. Wareham
1600 Stout Street, Suite 1900
Denver, CO 80202
Telephone: (303) 534-4499
E-mail: bwoodruff@allen-vellone.com
E-mail: jwareham@allen-vellone.com
*Attorneys for Michael O'Hare*