**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC and TCPA LIST | ) | |
| SANITIZER, LLC | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |

| | | |
|---|---|---|
| MICHAEL O’HARE, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proceeding No. 25-1124-KHT |
| v. | ) | |
| | ) | |
| ADAM YOUNG, an individual; | ) | |
| And | ) | |
| RINGBA, LLC, a Delaware | ) | |
| limited liability company | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of April 2025, was served **COMPLAINT FOR A TEMPORARY RESTRAINING ORDER AND FOR DECLARATORY AND INJUNCTIVE RELIEF, MEMORANDUM OF LAW IN SUPPORT OF COMPLAINT OF DNC AND TCPA LIST SANITIZER, LLC AND MICHAEL O'HARE FOR A TEMPORARY RESTRAINING ORDER AND FOR DECLARATORY AND INJUNCTIVE RELIEF, MOTION OF DNC AND TCPA LIST SANITIZER, LLC AND MICHAEL O'HARE FOR A TEMPORARY RESTRAINING ORDER AND FOR DECLARATORY AND INJUNCTIVE RELIEF, TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE ON DEBTOR AND MICHAEL O'HARE'S COMPLAINT FOR A PRELIMINARY INJUNCTION AND FOR DECLARATORY AND INJUNCTIVE RELIEF** upon the following:

Chad S. Caby Chad.Caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com

McHugh, Caitlin: caitlin.mchugh@wbd-us.com

*/s/ Nichole Garber*
For Wadsworth Garber Warner Conrardy, P.C.