UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC and TCPA LIST SANITIZER, LLC | ) ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |

| | | |
|---|---|---|
| DNC and TCPA LIST SANITIZER, LLC and MICHAEL O'HARE, | ) ) ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Proceeding No. 25-1124-KHT |
| v. | ) | |
| | ) | |
| ADAM YOUNG, an individual; And | ) ) | |
| RINGBA, LLC, a Delaware limited liability company | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 14, 2025, I served by first class mail a copy **COMPLAINT FOR A TEMPORARY RESTRAINING ORDER AND FOR DECLARATORY AND INJUNCTIVE RELIEF, MEMORANDUM OF LAW IN SUPPORT OF COMPLAINT OF DNC AND TCPA LIST SANITIZER, LLC AND MICHAEL O'HARE FOR A TEMPORARY RESTRAINING ORDER AND FOR DECLARATORY AND INJUNCTIVE RELIEF, MOTION OF DNC AND TCPA LIST SANITIZER, LLC AND MICHAEL O'HARE FOR A TEMPORARY RESTRAINING ORDER AND FOR DECLARATORY AND INJUNCTIVE RELIEF, TEMPORARY RESTRAINING ORDER, AND ORDER TO SHOW CAUSE ON DEBTOR AND MICHAEL O'HARE'S COMPLAINT FOR A PRELIMINARY INJUNCTION AND FOR DECLARATORY AND INJUNCTIVE RELIEF, SUMMONS** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Ringba, LLC
GKL Registered Agents of DE, Inc.
9 East Lockerman Street
Suite 311
Dover, DE 19901

Ringba LLC
ATTN: ADAM YOUNG
10200 E Girard Ave Suite 250
Denver, CO 80231

Ringba LLC
ATTN: ADAM YOUNG
8 The Green
Dover, DE 19901

                                              */s/ Nichole Garber*
                                              For Wadsworth Garber Warner Conrardy, P.C.