## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>DNC and TCPA LIST<br>SANITIZER, LLC<br>Debtor. | Case No. 24-12624-KHT<br><br>Chapter 11 |
| DNC and TCPA LIST<br>SANITIZER, LLC and<br>MICHAEL O'HARE,<br>Plaintiffs,<br><br>v.<br><br>ADAM YOUNG, an individual;<br>And RINGBA, LLC, a Delaware<br>limited liability company,<br>Defendants. | Adversary Proceeding No. 25-01124 |

## ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that Benjamin J. Woodruff of Allen Vellone Wolf Helfrich & Factor P.C. enters his appearance as counsel for Plaintiff, Michael O'Hare, and requests, under Rules 2002, 9007, 9010 of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. §§ 102(1), 342 and 1109(b), that all notices required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

Benjamin J. Woodruff, Esq.
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street, Suite 1900, Denver, Colorado 80202
Phone Number: (303) 534-4499 | Facsimile: (303) 893-8332
bwoodruff@allen-vellone.com

**PLEASE TAKE FURTHER NOTICE** that under Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Bankruptcy Rules specified above, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, schedules of assets and liabilities, complaint or demand, plan or disclosure statement, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed,

1

manually or electronically, concerning the above-captioned cases or proceedings therein.

Dated: April 17, 2025.

Respectfully submitted,

Allen Vellone Wolf Helfrich & Factor P.C.

*/s/Benjamin J. Woodruff*
Benjamin J. Woodruff, #58456
1600 Stout Street, Suite 1900
Denver, Colorado 80202
Tel.: (303) 534-4499
bwoodruff@allen-vellone.com

*Attorneys for Michael O'Hare*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of April, 2025, I served the foregoing upon all counsel of record by filing with the Bankruptcy Court via CM/ECF.

_s/Lisa A. Vos_
Lisa A. Vos