**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>DNC AND TCPA LIST SANITIZER, LLC,<br><br>Debtor. | Case No. 24-12624 KHT<br>Chapter 11 |
| DNC AND TCPA LIST SANITIZER, LLC and MICHAEL O'HARE,<br><br>Plaintiffs,<br><br>v.<br><br>ADAM YOUNG and RINGBA, LLC,<br><br>Defendants. | Adv. Pro. No. 25-1124 KHT |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO (I) MOTION OF DNC AND TCPA LIST SANITIZER, LLC AND MICHAEL O'HARE FOR A TEMPORARY RESTRAINING ORDER AND FOR DECLARATORY AND INJUNCTIVE RELIEF; AND (II) COMPLAINT FOR A TEMPORARY RESTRAINING ORDER AND FOR DECLARATORY AND INJUNCTIVE RELIEF**

Defendants Adam Young and Ringba, LLC (together, "Ringba"), by and through their undersigned counsel, Womble Bond Dickinson (US) LLP, hereby file their (I) Motion for Extension of Time to Respond to Motion of DNC and TCPA List Sanitizer, LLC and Michael O'Hare for a Temporary Restraining Order and for Declaratory and Injunctive Relief; and (II) Complaint for a Temporary Restraining Order and for Declaratory and Injunctive Relief (the "Motion") and state as follows:

**PROCEDURAL BACKGROUND**

1. On April 11, 2025, the DNC and TCPA List Sanitizer, LLC and Michael O'Hare (together, "Plaintiffs") initiated the above-captioned Adversary Proceeding by filing their

Complaint for a Temporary Restraining Order and for Declaratory and Injunctive Relief (the "Complaint"). *See* Docket No. 1

2. On the same date, Plaintiffs filed their Motion for a Temporary Restraining Order and for Declaratory and Injunctive Relief (the "TRO Motion"). *See* Docket No. 3. Although not explicit, included in the TRO Motion is a secondary request for a preliminary injunction precluding Ringba from continuing to prosecute the Contempt Litigation[1] against the Debtor's third-party principal, Mr. O'Hare (the "Preliminary Injunction Motion").

3. On April 14, 2025, this Court entered its Order Denying Request for Temporary Restraining Order noting Plaintiffs' numerous failures under FED. R. CIV. P 65(b), as incorporated by FED. R. BANKR. P. 7056.

4. Notwithstanding the outright denial of the TRO Motion, a response to the Preliminary Injunction Motion is due on or before Friday, April 25, 2025. In addition, an answer or other responsive pleading to the Plaintiffs' Complaint is due on or before Wednesday, May 14, 2025.

**REQUESTED RELIEF**

5. Since the filing of the Complaint and Preliminary Injunction Motion, Ringba and Plaintiffs' counsel have conferred. The parties have agreed that Ringba will have through and including, May 5, 2025, to file a response to the Preliminary Injunction Motion. The parties have further agreed that Ringba will have through and including, June 11, 2025, to file a responsive pleading to the Complaint.

6. The requested extension is in the best interests of justice, is not filed for purposes of delay, and will not unduly prejudice the Debtor or any other party to this Adversary Proceeding.

---

[1] As defined in the Complaint and TRO Motion.

7. On April 23, 2025, undersigned counsel conferred with counsel for DNC and TCPA List Sanitizer, LLC, Aaron A. Garber, Esq., and counsel for Michael O'Hare, Vandana Koelsch, Esq., regarding the requested relief. Undersigned counsel is authorized to represent to the Court that the Motion is unopposed.

WHEREFORE, Adam Young and Ringba, LLC respectively request that this Court enter an Order extending their time to respond to the Preliminary Injunction Motion until and including May 5, 2025 and to file a responsive pleading to the Complaint until June 11, 2025, and enter such further relief as the Court deems appropriate.

Respectfully submitted this 23rd day of April, 2025.

WOMBLE BOND DICKINSON (US) LLP

*s/ Chad S. Caby*

Chad S. Caby
Wilson Collins
1601 19th Street, Suite 1000
Denver, CO 80202
Tel: 303-628-9583
Fax: 303-623-9222
E-mail: Chad.Caby@wbd-us.com
Wilson.Collins@wbd-us.com

*Attorneys for Adam Young and Ringba, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 23rd, 2025, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO (I) MOTION OF DNC AND TCPA LIST SANITIZER, LLC AND MICHAEL O'HARE FOR A TEMPORARY RESTRAINING ORDER AND FOR DECLARATORY AND INJUNCTIVE RELIEF; AND (II) COMPLAINT FOR A TEMPORARY RESTRAINING ORDER AND FOR DECLARATORY AND INJUNCTIVE RELIEF** and **PROPOSED ORDER** were electronically filed and served via CM/ECF, which action caused automatic electronic notice of such filing upon all parties in interest in this matter as follows:

Aaron A. Garber, Esq.
Wadsworth Garber Warner Conrardy, P.C.
2580 W. Main St., Ste. 200
Littleton, CO 80120
Via: CM/ECF

*Counsel for Debtor-Plaintiff*

Benjamin J. Woodruff, Esq.
Jason R. Wareham, Esq.
Vandana Koelsch, Esq.
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
1600 Stout St., Ste. 1900
Denver, CO 80202
Via: CM/ECF

*Counsel for Plaintiff O'Hare*

*s/ Veronica S. Blake*
Of: Womble Bond Dickinson (US) LLP