**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>DNC AND TCPA LIST SANITIZER, LLC,<br><br>Debtor. | Case No. 24-12624 KHT<br>Chapter 11 |
| DNC AND TCPA LIST SANITIZER, LLC and MICHAEL O'HARE,<br><br>Plaintiffs,<br><br>v.<br><br>ADAM YOUNG and RINGBA, LLC,<br><br>Defendants. | Adv. Pro. No. 25-1124 KHT |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO (I) MOTION OF DNC AND TCPA LIST SANITIZER, LLC AND MICHAEL O'HARE FOR A TEMPORARY RESTRAINING ORDER AND FOR DECLARATORY AND INJUNCTIVE RELIEF; AND (II) COMPLAINT FOR A TEMPORARY RESTRAINING ORDER AND FOR DECLARATORY AND INJUNCTIVE RELIEF**

THIS MATTER comes before the Court on the (I) Motion for Extension of Time to Respond to Motion of DNC and TCPA List Sanitizer, LLC and Michael O'Hare for a Temporary Restraining Order and for Declaratory and Injunctive Relief; and (II) Complaint for a Temporary Restraining Order and for Declaratory and Injunctive Relief (the "Motion"). The Court, having reviewed the pleadings and being otherwise fully advised on the matter, hereby

ORDERS that the Motion is **GRANTED**; It is further

ORDERED that Adam Young and Ringba, LLC shall have up to and including May 5, 2025 to respond to the Preliminary Injunction Motion and until June 11, 2025 to file a responsive pleading to the Complaint.

BY THE COURT:

__________________________________
The Honorable Kimberley H. Tyson
United States Bankruptcy Judge