**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC, | ) | Case No. 24-12624 KHT |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC and MICHAEL O'HARE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Pro. No. 25-1124 KHT |
| v. | ) | |
| | ) | |
| ADAM YOUNG and RINGBA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE, REQUEST FOR NOTICES,**
**AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that S. Wilson Collins of Womble Bond Dickinson (US) LLP hereby enters his appearance as counsel for the Defendants Adam Young and Ringba, LLC (collectively "Ringba"). Pursuant to FED. R. BANKR. P. 2002 and 9007 and 11 U.S.C. §§ 102(1) and 342, Ringba requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

S. Wilson Collins, Esq.
WOMBLE BOND DICKINSON (US) LLP
1601 19th Street, Suite 1000
Denver, CO 80202
Email: wilson.collins@wbd-us.com

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Trustee reports, motions, objections, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether filed, transmitted or conveyed electronically, by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect, in any way, any rights or interests of creditors with respect to (a) the Debtor, or (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by Creditor.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) this party's right to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court judge; (ii) this party's right to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) this party's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which this party is or may be entitled to under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this party expressly reserves.

Respectfully submitted this 23rd day of April, 2025.

WOMBLE BOND DICKINSON (US) LLP

*s/ S. Wilson Collins*

Chad S. Caby
S. Wilson Collins
1601 19th Street, Suite 1000
Denver, CO 80202
Tel: 303-628-9583
Fax: 303-623-9222
E-mail: Chad.Caby@wbd-us.com
Wilson.Collins@wbd-us.com

*Attorneys for Adam Young and Ringba, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 23rd, 2025, a true and correct copy of the foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICES, AND RESERVATION OF RIGHTS** was electronically filed and served via CM/ECF, which action caused automatic electronic notice of such filing upon all parties in interest in this matter as follows:

Aaron A. Garber, Esq.
Wadsworth Garber Warner Conrardy, P.C.
2580 W. Main St., Ste. 200
Littleton, CO 80120
Via: CM/ECF

*Counsel for Debtor-Plaintiff*

Benjamin J. Woodruff, Esq.
Jason R. Wareham, Esq.
Vandana Koelsch, Esq.
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
1600 Stout St., Ste. 1900
Denver, CO 80202
Via: CM/ECF

*Counsel for Plaintiff O'Hare*

*s/ Veronica S. Blake*
Of: Womble Bond Dickinson (US) LLP