**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE:<br><br>DNC and TCPA LIST<br>SANITIZER, LLC<br><br>Debtor. | Case No.: 24-12624-KHT<br>Chapter: 11 |
| MICHAEL O'HARE,<br><br>Plaintiff,<br>v.<br><br>ADAM YOUNG, an individual;<br>And<br>RINGBA, LLC, a Delaware<br>limited liability company<br><br>Defendant. | Adversary<br>Case No.: 25-1124-KHT |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' OBJECTION TO MOTION FOR PRELIMINARY INJUNCTION**

Michael O'Hare, by and through counsel, Allen Vellone Wolf Helfrich & Factor P.C., hereby submits his Unopposed Motion for Extension of Time to Respond to Defendants' Objection to Motion for Preliminary Injunction, and states as follows:

CONFERRAL: Undersigned counsel has conferred with counsel for Defendants and is authorized to state that Defendants have no objection to the relief requested herein.

1. Defendants filed their Objection to Motion for Preliminary Injunction on or about May 5, 2025.

2. Plaintiff's response to Defendants' Objection to Motion for Preliminary Injunction is due on or about May 12, 2025.

3. Due to the press of other business and a previously planned vacation for Plaintiff's counsel, Plaintiff is in need of additional time in which to file his response.

4. Plaintiff is requesting a two-week extension of up to and including May 27, 2025 (May 26, 2025 is the Memorial Day holiday), in which to file his response.

5. No party will be prejudiced by this extension and such extension is not being requested for purposes of delay.

WHEREFORE, Plaintiff requests this Court enter an Order extending the time in which Plaintiff may respond to Defendants Objection to Motion for Preliminary Injunction to up to and including May 27, 2025.

DATED this 9th day of May, 2025.

Respectfully submitted,

ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

*/s/ Benjamin J. Woodruff*
Benjamin J. Woodruff
Vandana Koelsch
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
1600 Stout Street, Suite 1900
Denver, CO 80202
Telephone: (303) 534-4499
E-mail: Bwoodruff@allen-vellone.com
E-mail: vkoelsch@allen-vellone.com
*Attorneys for Michael O'Hare*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May, 2025, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF filing system which will send an electronic copy to all counsel of record

*s/Lisa A. Vos*
Lisa A. Vos