**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE:<br><br>DNC and TCPA LIST<br>SANITIZER, LLC<br><br>Debtor. | Case No.: 24-12624-KHT<br>Chapter: 11 |
| MICHAEL O'HARE,<br><br>Plaintiff,<br>v.<br><br>ADAM YOUNG, an individual;<br>And<br>RINGBA, LLC, a Delaware<br>limited liability company<br><br>Defendant. | Adversary<br>Case No.: 25-1124-KHT |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' OBJECTION TO MOTION FOR PRELIMINARY INJUNCTION**

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Objection to Motion for Preliminary Injunction (the "Motion"). The Court, having considered the Motion, the file, and otherwise being fully advised in the premises, hereby ORDERS:

The Motion is GRANTED. Plaintiff shall have up to and including May 27, 2025 in which to file his response to Defendants' Objection to Motion for Preliminary Injunction.

DATED: _________________, 2025 BY THE COURT:

_________________________________
U.S. Bankruptcy Court Judge