**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC and TCPA LIST | ) | |
| SANITIZER, LLC | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |

| | | |
|---|---|---|
| DNC and TCPA LIST | ) | |
| SANITIZER, LLC and | ) | |
| MICHAEL O'HARE, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Proceeding No. 25-1124-KHT |
| v. | ) | |
| | ) | |
| ADAM YOUNG, an individual; | ) | |
| And | ) | |
| RINGBA, LLC, a Delaware | ) | |
| limited liability company | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAW OF MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO 11 U.S.C. § 105 AND BANKRUPTCY RULE 7065**

PLEASE TAKE NOTICE that the Debtor-in-Possession, DNC and TCPA List Sanitizer, LLC and Debtor's principal, Michael O'Hare hereby withdraw their Motion for Preliminary Injunction pursuant to 11 U.S.C. § 105 and Bankruptcy Rule 7065. The contempt litigation has

been stayed pending appeal.

Dated: May 20, 2025.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

/s/ Aaron Garber
Aaron A. Garber #36099
2580 West Main Street, Suite 200
Littleton, Colorado 80120
303-296-1999 / 303-296-7600 FAX
agarber@wwc-legal.com
*Attorney for Debtor DNC and TCPA Sanitizer, LLC*

ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

*s/ Vandana S. Koelsch*
Vandana S. Koelsch
1600 Stout Street, Suite 1900
Denver, CO 80202
Telephone: (303) 534-4499
E-mail: vkoelsch@allen-vellone.com
*Attorneys for Michael O'Hare*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 20, 2025 I served by prepaid first class mail or ECF a copy of the **NOTICE OF WITHDRAW OF MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO 11 U.S.C. § 105 AND BANKRUPTCY RULE 7065** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Chad S. Caby chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com
Samuel Wilson Collins Wilson.Collins@wbd-us.com
Benjamin Woodruff bwoodruff@allen-vellone.com, allen-vellone@myecfx.com,la@allen-vellone.com

*/s/ Nichole Garber*
For Wadsworth Garber Warner Conrardy P.C.