**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE:<br><br>DNC and TCPA LIST<br>SANITIZER, LLC<br><br>Debtor. | Case No.: 24-12624-KHT<br>Chapter: 11 |
| MICHAEL O'HARE,<br><br>Plaintiff,<br>v.<br><br>ADAM YOUNG, an individual;<br>and<br>RINGBA, LLC, a Delaware<br>limited liability company<br><br>Defendants. | Adversary<br>Case No.: 25-1124-KHT |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND FOR DECLARATORY AND INJUNCTIVE RELIEF**

Michael O'Hare ("Plaintiff"), by and through counsel, Allen Vellone Wolf Helfrich & Factor P.C., hereby submits his Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss Motion to Dismiss Complaint for Temporary Restraining Order and for Declaratory and Injunctive Relief ("MTD"), and states as follows:

CONFERRAL: Undersigned counsel has conferred with counsel for Defendants and is authorized to state that Defendants have no objection to the relief requested herein.

1. On April 24, 2025, this Court entered an order extending Defendants' response date to the complaint until June 11, 2025.

2. On May 29, 2025, Defendants filed their MTD.

3. Plaintiff's response to Defendants' MTD is due on or about June 12, 2025.

4. Due to the press of other business for Plaintiff's counsel, coupled with Defendant's early filing of the MTD, Plaintiff is in need of additional time in which to file his response.

5. Plaintiff is requesting a two-week extension of up to and including June 26, 2025, in which to file his response.

6. No party will be prejudiced by this extension and such extension is not being requested for purposes of delay.

WHEREFORE, Plaintiff requests this Court enter an Order extending the time in which Plaintiff may respond to Defendants MTD to up to and including June 26, 2025.

DATED this 5th day of June, 2025.

Respectfully submitted,

ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

*/s/ Benjamin J. Woodruff*

Benjamin J. Woodruff
Jason R. Wareham
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
1600 Stout Street, Suite 1900
Denver, CO 80202
Telephone: (303) 534-4499
E-mail: Bwoodruff@allen-vellone.com
E-mail: jwareham@allen-vellone.com
*Attorneys for Plaintiff Michael O'Hare*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of June, 2025, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF filing system which will send an electronic copy to all counsel of record

*s/Lisa A. Vos*
Lisa A. Vos