**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE:<br><br>DNC and TCPA LIST<br>SANITIZER, LLC<br><br>Debtor. | Case No.: 24-12624-KHT<br>Chapter: 11 |
| MICHAEL O'HARE,<br><br>Plaintiff,<br>v.<br><br>ADAM YOUNG, an individual;<br>and<br>RINGBA, LLC, a Delaware<br>limited liability company<br><br>Defendant. | Adversary<br>Case No.: 25-1124-KHT |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR TEMPORARY RESTRAINING ORDER AND FOR DECLARATORY AND INJUNCTIVE RELIEF**

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss Complaint for Temporary Restraining Order and for Declaratory and Injunctive Relief ("MTD"). The Court, having considered the Motion, the file, and otherwise being fully advised in the premises, hereby ORDERS:

The Motion is GRANTED. Plaintiff shall have up to and including June 26, 2025 in which to file his response to Defendants' MTD.

DATED: _________________, 2025

BY THE COURT:

______________________________
U.S. Bankruptcy Court Judge