**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

**The Honorable Judge Kimberly H. Tyson**

| | |
|---|---|
| IN RE:<br><br>DNC and TCPA LIST<br>SANITIZER, LLC<br><br>Debtor. | Case No.: 24-12624-KHT<br>Chapter: 11 |
| MICHAEL O'HARE,<br><br>Plaintiff,<br>v.<br><br>ADAM YOUNG, an individual;<br>and<br>RINGBA, LLC, a Delaware<br>limited liability company<br><br>Defendants. | Adversary<br>Case No.: 25-1124-KHT |

## ORDER REGARDING PLAINTIFF'S MOTION TO HOLD PENDING MOTION TO DISMISS IN ABEYANCE

**THE COURT**, having reviewed Plaintiff Michael O'Hare's Unopposed Motion to Pending Motion to Dismiss in Abeyance, and being fully advised of same,

**THE COURT ORDERS:**

Defendants Adam Young and Ringba, LLC's ("Defendants") Motion to Dismiss Complaint for Temporary Restraining Order and for Declaratory and Injunctive Relief ("MTD") is held in abeyance pending completion of a final settlement. If settlement is not finalized, Plaintiff may file a response within 3 days of notifying the Court that the settlement has failed.

Dated: June 25, 2025

BY THE COURT:

Kimberley H Tyson

The Honorable Kimberley H. Tyson
U.S. Bankruptcy Court Judge