**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE:<br><br>DNC and TCPA LIST<br>SANITIZER, LLC<br><br>Debtor. | Case No.: 24-12624-KHT<br>Chapter: 11 |
| MICHAEL O'HARE,<br><br>Plaintiff,<br>v.<br><br>ADAM YOUNG, an individual;<br>and<br>RINGBA, LLC, a Delaware<br>limited liability company<br><br>Defendants. | Adversary<br>Case No.: 25-1124-KHT |

**STIPULATED DISMISSAL WITH PREJUDICE OF**
**ADVERSARY PROCEEDING**

Pursuant to F.R.B.P. 7041 and F.R.C.P. 41(a)(1)(A)(ii), the Parties stipulate that all claims in this matter are hereby dismissed with prejudice. Each party shall bear its own fees and costs.

DATED July 14, 2025.

ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

*/s/ Benjamin J. Woodruff*
Benjamin J. Woodruff
Jason R. Wareham
1600 Stout Street, Suite 1900
Denver, CO 80202
Telephone: (303) 534-4499
E-mail: Bwoodruff@allen-vellone.com
E-mail: jwareham@allen-vellone.com

*Attorneys for Plaintiff Michael O'Hare*

WADSWORTH GARBER WARNER
CONRARDY, P.C.

*/s/ Aaron A. Garber*

Aaron A. Garber #36099
2580 West Main Street, Suite 200
Littleton, Colorado 80120
303-296-1999 / 303-296-7600 FAX
agarber@wwc-legal.com

*Attorney for Debtor DNC and TCPA Sanitizer, LLC*

WOMBLE BOND DICKINSON (US) LLP

*s/ Chad S. Caby*
Chad S. Caby, No. 30927
S. Wilson Collins, No. 59504
1601 19th Street, Suite 1000
Denver, CO 80202
Telephone: 303.623.9000
Email: Chad.Caby@wbd-us.com
Wilson.Collins@wbd-us.com

*Attorneys for Defendants Adam Young,*
*and Ringba, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of July, 2025, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF filing system which will send an electronic copy to all counsel of record

*s/Lisa A. Vos*
Lisa A. Vos