**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Kimberley H. Tyson**

| | |
|---|---|
| In re: | Case No. 24-12624 KHT |
| DNC and TCPA LIST SANITIZER, LLC. | Chapter 11 |
| Debtor . | |
| DNC and TCPA LIST SANITIZER, LLC., MICHAEL O'HARE | Adversary No. 25-1124 KHT |
| Plaintiffs | |
| v. | |
| RINGBA, LLC., ADAM YOUNG | |
| Defendants | |

**ORDER DISMISSING ADVERSARY PROCEEDING**

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Case filed by the parties on July 14, 2025 (docket #25), and the Court being otherwise advised in the premises, hereby

ORDERS that the Motion is GRANTED and this adversary case is hereby DISMISSED.

Dated July 18, 2025                    BY THE COURT:

_____
Kimberley H. Tyson, Judge
United States Bankruptcy Court